**Electronically Filed**
**Supreme Court**
**SCEC-24-0000744**
**15-NOV-2024**
**02:36 PM**
**Dkt. 16 ODMR**

SCEC-24-0000744

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

EMIL SVRCINA and KARL ORLANDO DICKS, Plaintiffs,

vs.

STATE OF HAWAI'I OFFICE OF ELECTIONS; SCOTT NAGO;
ELECTION COMMISSION; and MICHAEL CURTIS, Defendants.

_____

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the motion for reconsideration filed on November 14, 2024, and the record, this court has not overlooked or misapprehended points of law or fact. See Hawai'i Rules of Appellate Procedure Rule 40(b) (2000).

It is ordered that the motion is denied.

DATED: Honolulu, Hawai'i, November 15, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

